Martha Sheehy
SHEEHY LAW FIRM
P.O. Box 584
Billings, MT 59103-0584
(406) 252-2004
msheehy@sheehylawfirm.com

Randall G. Nelson
Thomas C. Bancroft
NELSON LAW FIRM, P.C.
2619 St. Johns Avenue, Suite E
Billings, MT  59102
(406) 867-7000
rgnelson@nelsonlawmontana.com
tbancroft@nelsonlawmontana.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| TOM and CAROL WILLIS, | ) | Cause No. CV-24-79-BLG-TJC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **PLAINTIFFS' MOTION TO** |
| vs. | ) | **COMPEL PRODUCTION OF** |
| | ) | **DOCUMENTS WITHHELD AND** |
| WESTERN NATIONAL MUTUAL | ) | **REDACTED FROM *RIDLEY*** |
| INSURANCE COMPANY, | ) | **CLAIM FILE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiffs Tom and Carol Willis ("Willis") seek to compel production of documents redacted or withheld by Western National Mutual Insurance Company ("Western National") based on attorney-client privilege or work-product immunity.  (See Privilege Logs, Ex. 1).

1.    Entries in *Ridley* Claim Log redacted or withheld (WN4815-4839) (Ex. 2) and the correspondence in the file (Ex. 3), including but not limited to:

**WN5147-5151** communications on Jan. 22, 2021
**WN4838-39** communications on Jan. 22, 2021
**WN4838** log note on Jan. 25, 2021 and Feb. 1, 2021
**WN5124-5125** redacted but not noted in privilege log.
**WN4837** log notes dated 6/21/21.
**WN5104** communications dated 6.22.21
**WN4836-7** log notes dated 6.22.21
**WN5084-89** communications on 8.18.21
**WN4836** log notes on 8.23.21
**WN5077-78** communications on 8.23.21
**WN5077** communications on 9.9.21
**WN4836** log notes on 9.9.21
**WN5061** communication on 9.9.21
**WN4836** log note on 9.28.21
**WN5072** communications on 10.13.21
**WN4835** log note on 10.19.21
**WN5064-71** Sean Mickelson submissions to PC Claims on 10.19.21
**WN4835** log note on 11.29.21
**WN5061** Milch Wingate communication on 3.2.22
**WN4842, 4845** McKinney Crowley emails 3.8.22
**WN4832-4833** Wingate's notes summarizing legal position on 5/20/22.
**WN4833** Wingate's notes summarizing communications 5/5/22
**WN4844-4845** Wingate notes on 4.21.22
**WN4840** claim file excerpts
**WN4841-4845** McKinney email to Wingate

2.    Notes from Oppegaard claim file dated 6/6/23 WN3220

After Willis provided detailed analysis of its request for additional production, counsel for Willis and Western National met and conferred in a good faith attempt to resolve this discovery dispute. The parties were unable to reach an agreement as to the extent of the claimed privileges. Western National opposes this motion to compel.

CV-24-79-BLG-TJC

DATED this 12th day of December, 2025.

NELSON LAW FIRM

SHEEHY LAW FIRM

By /s/ *Martha Sheehy*
    Martha Sheehy

*Attorneys for Plaintiffs*

CV-24-79-BLG-TJC